JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO GARCIA,<br><br>  Plaintiff,<br><br>  vs.<br><br>TRISTRUX LLC, a Delaware limited liability company; LEON ELECTRIC CO. LLC, a Delaware limited liability company; and DOES 1-20,<br><br>  Defendants. | CASE NO.: 2:23-cv-08726-SVW-SSC<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed LASC: 09/13/2023<br>Removed to USDC: 10/17/2023<br>Trial Date: None |

Upon review of the parties' Joint Stipulation to Dismiss the Entire Action with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each side shall bear their own attorneys' fees and costs.

DATED: September 10, 2025

_____
United States District Court Judge